RAILWAY LABOR EXECUTIVES'
ASSOCIATION, et al.,
Appellants,

v.

NATIONAL MEDIATION
BOARD, Appellee.

Nos. 91–5223, 91–5310.

United States Court of Appeals,
District of Columbia Circuit.

July 20, 1994.

Before: MIKVA, Chief Judge, WALD, EDWARDS, SILBERMAN, WILLIAMS, GINSBURG, SENTELLE, HENDERSON and RANDOLPH, Circuit Judges.

*ORDER*

PER CURIAM.

It is ORDERED by the Court that the opinion of July 19, 1994 in the above entitled case is amended as follows:

On page 658, "Dissenting opinion filed by *Circuit Judge* Williams" should be amended to read:

Dissenting opinion filed by *Circuit Judge* Williams, with whom *Circuit Judges* Silberman, Ginsburg and Henderson join.

On page 673 of Judge Williams' dissent, the first line should be amended to read:

Williams, *Circuit Judge*, dissenting, in which Silberman, Ginsburg and Henderson, *Circuit Judges* join:

DRUG PLASTICS & GLASS
CO., Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

No. 93–1013.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 15, 1994.

Before: SILBERMAN, SENTELLE and ROGERS, Circuit Judges.

*ORDER*

PER CURIAM.

Upon consideration of petitioner's petition for rehearing and of the response thereto, it is

**ORDERED,** by the Court, that the petition is granted and the judgment of the Court entered herein on August 5, 1994 is vacated.

It is **FURTHER ORDERED,** by the Court, that the matter will be reargued before this panel on December 6, 1994, at 9:30 AM. The parties are directed to submit ten copies each of the briefs previously filed and six copies of the joint appendix, all on or before November 17, 1994.